1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAMES EBRAHIMI,                    2:11-CV-1252 JCM (PAL)

        Plaintiff,

v.

WAL-MART STORES, INC.,

        Defendant.

**ORDER**

Presently before the court is the report and recommendation of Magistrate Judge Peggy A. Leen (doc. #15) regarding the dismissal of plaintiff's complaint (doc. #1-1). No objections have been filed.

Citing plaintiff's abusive litigation practices and continued refusal to comply with multiple court orders and the Local Rules of Practice, Magistrate Judge Leen recommends that this court dismiss plaintiff's complaint, unless he retains counsel or files a notice that he will proceed pro se on, or before, February 21, 2012. Plaintiff has failed to do either.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the report and recommendation of Magistrate Judge Peggy A. Leen (doc. #15) regarding the dismissal of plaintiff's complaint (doc. #1-1) be, and the same hereby is, AFFIRMED in its entirety.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1       IT IS THEREFORE ORDERED that plaintiff's complaint (doc. #1-1) be, and the same

2  hereby is, DISMISSED.

3       DATED February 27, 2012.

4

5                                             _____

6                               **UNITED STATES DISTRICT JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -